HALLENBECK and wife *vs.* BRADT and others.

The share of the proceeds of a sale in partition belonging to a wife will not be paid to the husband, unless a master certifies that on a private examination of the wife, he fully explained to her the nature and extent of her rights, and that she voluntarily consented to relinquish them in favor of her husband, either absolutely or on the terms and conditions specified in such certificate.

Such consent given before a commissioner of deeds is insufficient.

December 3d. THIS was an application for an order to permit the husbands of two parties in a partition suit to receive the shares of the proceeds of the sale which belonged to their wives. The petition upon which the application was founded and which contained the consent of the wives to such an order, was acknowledged before a commissioner of deeds.

THE CHANCELLOR decided that such an acknowledgment was insufficient. That the acknowledgment and consent of the wife must be taken before one of the masters of this court, who was competent to understand the nature and extent of her equitable right to a provision out of her separate property before it could be claimed by the husband. That it should appear from the certificate of the master that on a private examination of the wife he had fully explained to her the nature and extent of her rights, and that she voluntarily consented to relinquish them in favor of the husband, either absolutely, or on the terms and conditions specified in such certificate.